United States District Court
Southern District of Texas
FILED

MAY 23 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN JESUS YBARRA | § | |
| *Plaintiff* | § | |
| | § | CIVIL ACTION NO. B-03-095 |
| VS. | § | (DIVERSITY) |
| | § | |
| WAL-MART STORES, INC., | § | |
| *Defendant* | § | |

### NOTICE OF REMOVAL OF ACTION UNDER
### 28 U.S.C. § 1441(B) (DIVERSITY)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Wal-Mart Stores, Inc. hereby removes to this Court, the state court action described below.

1. On April 29, 2003, an action was commenced in the 107th Judicial District Court of the State of Texas in and for the County of Cameron, styled, *Juan Jesus Ybarra, Plaintiff vs. Wal-Mart Stores, Inc., Defendant*, as Cause Number 2003-04-2203-A, hereto attached as Exhibit "A".

2. The first date upon which Defendant received a copy of the said complaint was May 1, 2003, when Defendant was served with a copy of the said complaint and a summons from the said State Court. A copy of the summons is attached hereto as Exhibit "B". The following constitutes all of the process, pleadings, and orders served upon Plaintiffs and Defendant in this action.

    1.    Plaintiff's Original Petition,
    2.    Copy of Return Citation of Defendant Wal-Mart Stores, Inc.,

   3.  Copy of State District Court Docket Sheet.

  3.  This action is a civil action of which these Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

  4.  Defendant is informed and believes that Plaintiff Juan Jesus Ybarra was and still is a citizen(s) of the State of Texas. Defendant Wal-Mart Stores, Inc. was, at the time of the filing of these action, and still is, a corporation incorporated under the laws of the State of Delaware, having its principal place of business in the State of Arkansas, and is the only Defendant that has been served summons and complaint in these action.

DATED: May __23__, 2003.

              Respectfully submitted,

              **DRABEK & ASSOCIATES**
              1720 E. Harrison, Suite B
              Harlingen, Texas 78550
              956/428-4544 Telephone
              956/428-4880 Facsimile

              _____
              Jaime A. Drabek
              Fed. Id. No. 8643
              Counsel for Defendant, *Wal-Mart Stores, Inc.*

## CERTIFICATE OF SERVICE

I, hereby certify that on these the _____23rd_____ day of May, 2003, a true and correct copy of the foregoing instrument was sent to all counsel of record by Facsimile, Certified Mail, Return Receipt Requested and/or regular mail, to wit:

Mr. R. W. Armstrong                                      *Via Fax No. 956/ 546-0470*
**R. W. Armstrong, P.C.**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

_____
Jaime A. Drabek

## INDEX OF DOCUMENTS
## FILED WITH REMOVAL ACTION

A.  Plaintiff's Original Petition

B.  Copy of Return Citation of Defendant Wal-Mart Stores, Inc.

C.  Copy of State District Court Docket Sheet

## LIST OF ATTORNEYS/PARTIES

1. Attorney for the Plaintiffs:

    Mr. R. W. Armstrong
    **R. W. Armstrong, P.C.**
    2600 Old Alice Road, Ste. A
    Brownsville, Texas 78521
    Telephone: 956/ 546-5556
    Facsimile: 956/ 546-0470

2. Attorney for the Defendants

    Mr. Jaime A. Drabek
    **Drabek & Associates**
    1720E. Harrison, Suite B
    Harlingen, Texas 78550
    Telephone: 956/ 428-4544
    Facsimile: 956/ 428-4880

# AFFIDAVIT

THE STATE OF TEXAS   §

COUNTY OF CAMERON   §

**BEFORE ME**, the undersigned authority, on this day personally appeared **JAIME A. DRABEK** of Harlingen, Cameron County, Texas, who being by me duly sworn, deposes and says that he is an attorney for Defendant in the present cause filed by Juan Jesus Ybarra; that he has been authorized to make this Affidavit; and that he has read the foregoing Notice of Removal and knows the contents thereof, and that the matters and facts therein contained are true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
JAIME A. DRABEK, AFFIANT

**SWORN TO AND SUBSCRIBED** before me on this the 23rd day of May, 2003.



_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

```
                                                       FILED 2:30 O'CLOCK P M
                                                       AURORA DE LA GARZA DIST. CLERK
                                                            APR 29 2003
                    CAUSE NO. 2003-04-2203-A         DISTRICT COURT OF CAMERON COUNTY, TEXAS
                                                       Rey Garz Jr.    DEPUTY
```

| | | |
|---|---|---|
| JUAN JESUS YBARRA | § | IN THE DISTRICT COURT OF |
| *PLAINTIFF* | § | |
| | § | |
| VS. | § | 107TH JUDICIAL DISTRICT |
| | § | |
| | § | |
| | § | |
| WAL-MART | § | CAMERON COUNTY, TEXAS |
| *DEFENDANT* | | |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, JUAN JESUS YBARRA, complaining of Defendant, WAL-MART, and files this his PLAINTIFF'S ORIGINAL PETITION, alleging that discovery should be conducted under level 2, Rule 190.3 Texas Rules Of Civil Procedure, and for cause would show:

### I.
### PARTIES & VENUE

a.  Plaintiff JUAN JESUS YBARRA is a resident of Cameron County, Texas, and resides at 2124 Ringgold., Brownsville, Cameron County, Texas.

b.  Defendant WAL-MART is a business located at 2721 Boca Chica Boulevard in Brownsville, Cameron County, Texas.

c.  Venue is proper in Cameron County pursuant to TEX.CIV.PRAC.AND REM.CODE ANN. §15.001 (Vernon 1993) as the cause of action accrued in this county.

### II.
### NATURE OF THE CASE

On or about November 3, 2002, Plaintiff Juan Jesus Ybarra, was a business invitee at Defendants store, "WAL-MART"; after his shopping he was walking towards the parking lot pushing/balancing a new home entertainment center on a Wal-Mart shopping cart. Wal-Mart employees had retrieved a new-boxed entertainment center and loaded the box on the shopping



cart (they had used a floor dolly to transport the box to the cashier). While leaving the front doors and within the safety walking area, the box fell from the cart, the car flipped over, leaving Mr. Ybarra to catch a tumbling 139 lb home shopping center box.

### FIRST CAUSE OF ACTION
### DEFENDANT'S NEGLIGENCE

On the occasion in question, Defendant **WAL-MART**, and its agents, servants, and employees, at the time and on the occasion in question, the Defendant and /or its employees created and engaged in certain negligently activity as Defendant **WAL-MART**, negligently or willfully loaded a shopping cart with merchandise that could not possibly balance or travel across the asphalt surfaces of Defendant's parking lot. In fact, Defendant's agents servants and employees knew or in the exercise of ordinary care, should have known of the existence of the condition and that there was a substantial likelihood of someone being injured, as happened to Plaintiff Juan Jesus Ybarra.

### V.
### DAMAGES

As a direct and proximate result of Defendant's negligence, Plaintiff has suffered serious and disabling and disfiguring injuries, including, pain to his neck and back. In addition, Plaintiff has suffered severe physical and mental pain, suffering, and anguish, and in all reasonable probability, Plaintiff will continue to suffer in this manner for a long time into the future, if not for the balance of her natural life. As a result of the injuries sustained, Plaintiff has incurred reasonable and customary doctor's and medical expenses of $2,000 and is still under treatment. Plaintiff will incur additional reasonable expenses for necessary medical care and attention in sums exceeding the minimal jurisdictional limits of this court.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests that Defendant be cited to appear and answer herein and that after final trial, Plaintiff have:

1. Judgment against Defendant for a sum in excess of the minimum jurisdictional limits of this court; and
3. Prejudgment and post judgment interest as provided by law;

4. All costs of suit; and

5. Such other and further relief, general and special, to which Plaintiff may show herself to be entitled to, both at law and in equity.

                    RESPECTFULLY SUBMITTED,

                    R.W. ARMSTRONG, P.C.
                    2600 Old Alice Road, Ste A
                    Brownsville, Texas 78521
                    Telephone:   (512) 546-5556
                    Telecopier:   (512) 546-0470
                    armstrong@ies.net

                    _____
                    R. W. Armstrong
                    T.B.A.#01323500
                    **ATTORNEY FOR PLAINTIFF**

CAUSE NO. _____

Citation for Personal Service - GENERAL         Lit. Seq. # 5.002.01

No. 2003-04-002203-A

THE STATE OF TEXAS                **COPY**

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: WAL-MART
2721 BOCA CHICA
BROWNSVILLE, TEXAS

the    DEFENDANT    , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 107th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said     PETITION     was filed on APRIL 29, 2003 . A copy of same accompanies this citation.

The file number of said suit being No. 2003-04-002203-A.

The style of the case is:

JUAN JESUS YBARRA
VS.
WAL-MART

Said petition was filed in said court by     HON. RON W. ARMSTRONG    (Attorney for     PLAINTIFF    ), whose address is 2600 OLD ALICE ROAD, SUITE A   BROWNSVILLE TX 78521 .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 29th day of   APRIL  , A.D. 2003.



AURORA DE LA GARZA    , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521
By: Ray Lopez Jr.     , Deputy



# RETURN OF OFFICER

Came to hand the _____ day of _____, _____, at _____ o'clock __.M., and executed (not executed) on the _____ day of _____, _____, by delivering to _____ in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the _____.

Cause of failure to execute this citation is: _____
_____

FEES serving 1 copy

Total....... $_____ :     Sheriff/constable _____ County, TEXAS

Fees paid by: _____    By _____ Deputy

DELIVERED THIS 1st DAY OF May 2003
BY _____
PROFESSIONAL CIVIL PROCESS

<5
```
RUN DATE 05/21/03                                                              PAGE: 01
RUN TIME 11:18 AM                                                       2003-04-002203-A

JUAN JESUS YBARRA

    VS

WAL-MART

         *  *  *  *   C L E R K ' S   E N T R I E S   *  *  *  *

         00002401
         HON. RON W. ARMSTRONG
         2600 OLD ALICE ROAD, SUITE A
         BROWNSVILLE TX            78521 0000

                                       (10) DAMAGES                      04   29   03

                                  04/29/03  ORIGINAL PETITION FILED
                                  04/29/03  CITATION: WAL-MART
                                  04/29/03     SERVED: 05/01/03
                                  04/29/03  PLAINTIFF'S JURY DEMAND       FILED: 05/02/03
                                  05/01/03  PLAINTIFF'S AMENDED PETITION/C.OSTOS
```



EXHIBIT "C"

B-03-095

CAUSE NO. 2003-04-2203-A

| | | |
|---|---|---|
| JUAN JESUS YBARRA | § | IN THE DISTRICT COURT |
| *Plaintiff* | § | |
| | § | |
| VS. | § | 107TH JUDICIAL DISTRICT |
| | § | |
| WAL-MART STORES, INC., | § | |
| *Defendant* | § | CAMERON COUNTY, TEXAS |

## NOTICE TO THE DISTRICT CLERK
## OF FILING OF NOTICE OF REMOVAL

TO:   Mrs. Aurora De La Garza
      Cameron County District Clerk
      Cameron County Courthouse
      974 E. Harrison
      Brownsville, Texas  78520

**YOU WILL PLEASE TAKE NOTICE** that Defendant WAL-MART STORES, INC. has filed in the United States District Court for the Southern District of Texas, McAllen Division, a Notice of Removal of the cause styled ***Juan Jesus Ybarra v. Wal-Mart Stores, Inc.***, originally filed in the 107th Judicial District Court of Cameron County, Texas, Cause No. 2003-04-2203-A to the United States District Court for the Southern District of Texas, Brownsville Division, and that a true and correct copy of said Notice of Removal is being filed with the Clerk of the 107th Judicial District to thereby effect a removal to said District Court of the United States, and that the State Court shall proceed no further, unless the cause is remanded.  A copy of said Notice of Removal is attached to this Notice.

**WITNESS** the signature of Defendant, through its attorney, on this 23rd day of May, 2003.

Respectfully submitted,

**DRABEK & ASSOCIATES**
1720 E. Harrison, Suite B
Harlingen, Texas 78550
956/428-4544 Telephone
956/428-4880 Facsimile

*[signature]*

JAIME A. DRABEK
Fed. I.D. No. 8643
State Bar No. 0612410
*Counsel for Defendant*

### CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record by certified mail, return receipt requested, on this the ___23rd___ of May, 2003, to-wit:

Mr. R. W. Armstrong                               <u>*Via Fax No. 956/ 546-0470*</u>
**R. W. Armstrong, P.C.**
2600 Old Alice Road, Suite A
Brownsville, Texas   78521

*[signature]*

Jaime A. Drabek