3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN JESUS YBARRA | § § § | |
| **Plaintiff** | § | B-03-095. |
| VS. | § | CIVIL ACTION NO._____ |
| | § | (DIVERSITY) |
| WAL-MART STORES, INC., | § | |
| **Defendant** | § | |

## NOTICE TO ADVERSE PARTY OF FILING OF NOTICE OF REMOVAL

TO:   Plaintiff **JUAN JESUS YBARRA**, by and through her attorney:

Mr. R. W. Armstrong
**R. W. Armstrong, P.C.**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in the United States District Court for the Southern District of Texas, Brownsville Division, on May ___23___, 2003.

A copy of the said Notice of Removal is attached to this Notice and is served and filed herewith.

DATED: May ___23rd___, 2003.

Respectfully submitted,

**DRABEK & ASSOCIATES**
1720 E. Harrison, Suite B
Harlingen, Texas 78550
956/428-4544 Telephone
956/428-4880 Facsimile

Jaime A. Drabek
Fed. ID. No. 8643
Counsel for Defendant
*Wal-Mart Stores, Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document has been forwarded to Plaintiffs' counsel of record by regular mail, certified mail and/or hand delivery, return receipt requested, on this __23rd__ day of May, 2003.

Mr. R. W. Armstrong  
**R. W. Armstrong, P.C.**  
2600 Old Alice Road, Suite A  
Brownsville, Texas   78521

*Via Fax No. 956/ 546-0470*

Jaime A. Drabek