United States District Court
Southern District of Texas
FILED

MAY 23 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN JESUS YBARRA | § | |
|         **Plaintiff** | § | B-03-095. |
| | § | |
| vs. | § | CIVIL ACTION NO. _____ |
| | § | |
| WAL-MART STORES, INC. | § | |
|         **Defendant** | § | |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant, **WAL-MART STORES, INC.**, and files this its **ORIGINAL ANSWER** to Plaintiff's Original Petition, and would respectfully show unto the Court as follows:

I.

### PARTIES & VENUE

a.  Defendant is without sufficient information to admit or deny the residence of Juan Jesus Ybarra, as alleged in Paragraph I(a) of Plaintiff's Original Petition.

b.  Defendant Wal-Mart admits that it is doing business in Texas at 2721 Boca Chica Boulevard in Brownsville, Cameron County, Texas, as alleged in Paragraph I(b) of Plaintiff's Original Petition. Defendant further states in answer that it is a Delaware Corporation authorized to do business in the State of Texas.

c.  Defendant denies the allegations set forth in Paragraph I(c) of Plaintiff's Original Petition, and seeks removal of this cause pursuant to diversity of citizenship under 28 U.S.C. § 1332.

II.

## NATURE OF THE CASE

Defendant admits that on or about November 3, 2002, Plaintiff Juan Jesus Ybarra, was a business invitee at Defendant's store. Defendant is without sufficient information at this time to admit or deny the remaining allegations in Paragraph II of Plaintiff's Original Petition and, therefore, denies same.

III.

## FIRST CAUSE OF ACTION

Plaintiff failed to assert any allegations in Paragraph III of his Original Petition.

IV.

## DEFENDANT'S NEGLIGENCE

Defendant denies each and every allegation contained in Paragraph IV of Plaintiff's Original Petition.

V.

## DAMAGES

Defendant Wal-Mart Stores, Inc. denies each and every allegation contained in Paragraph V of Plaintiff's Original Petition. Defendant admits that Plaintiff is seeking damages in excess of the minimal jurisdictional limits of this Court, but denies he is entitled to same. Defendant denies that Plaintiff is entitled to the relief prayed for in his Original Petition.

VI.

## AFFIRMATIVE DEFENSES

a.   For further answer herein, if such be necessary, Defendant affirmatively

asserts that the acts of Plaintiff Juan Jesus Ybarra, in failing to exercise ordinary care of a reasonable person for his own safety, was fifty-one percent (51%) of the cause of the alleged injuries, in the alternative, they were the sole cause.

b. Defendant further affirmatively asserts that Plaintiff has failed to allege sufficient facts to state a cause of actions against Wal-Mart Stores, Inc.

c. Defendant affirmatively states that the acts of third parties, as yet unknown, were a contributing cause of Plaintiff's alleged injuries, or alternatively, that they were the sole cause.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that it be released, discharged and acquitted of the charges filed against it, that Plaintiff take nothing by reason of this suit, and for such other and further relief to which Defendant may be justly entitled and for which it will forever pray.

Respectfully submitted,

**DRABEK & ASSOCIATES**
1720 Harrison, Suite B
Harlingen, Texas 78550
Telephone: 210/428-4544
Facsimile: 210/428-4880

Jaime A. Drabek
SBOT 06102410
Fed. I.D. # 8643
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, hereby certify that on this the 23rd day of **May, 2003,** a true and correct copy of the foregoing instrument was sent to all counsel of record by Facsimile, Certified Mail, Return Receipt Requested and/or hand delivery:

Mr. R. W. Armstrong
**R. W. Armstrong, P.C.**
2600 Old Alice Road, Ste. A
Brownsville, Texas   78521

_____
Jaime A. Drabek