United States District Court
Southern District of Texas
FILED

MAY 23 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN JESUS YBARRA | § | |
|     *Plaintiff* | § | B-03-095. |
| | § | |
| VS. | § | CIVIL ACTION NO._____ |
| | § | (DIVERSITY) |
| WAL-MART STORES, INC., | § | |
|     *Defendant* | § | |

## JURY DEMAND

Defendant WAL-MART STORES, INC., hereby demands trial by jury in this action.

DATED: May ___23___, 2003.

Respectfully submitted,

**DRABEK & ASSOCIATES**
1720 E. Harrison, Suite B
Harlingen, Texas 78550
Telephone: 956/ 428-4544
Facsimile: 956/ 428-4880

_____
JAIME A. DRABEK
Fed. I.D. No. 8643
SBOT: 06102410
Counsel for Defendant, *Wal-Mart Stores, Inc.*

## CERTIFICATE OF SERVICE

    I do hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record by certified mail, return receipt requested, on this the _23rd_ day of May, 2003, to-wit:

| | |
|---|---|
| Mr. R. W. Armstrong<br>**R. W. Armstrong, P.C.**<br>2600 Old Alice Road, Suite A<br>Brownsville, Texas 78521 | **_Via Fax No. 956/ 546-0470_** |

_____
Jaime A. Drabek