IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 9 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN JESUS YBARRA | § § § § § | |
| VS. | § § § | CIVIL ACTION No. __B-03-095__ |
| WAL-MART STORES, INC., | § § § | |

## MOTION TO REMAND

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, **JUAN JESUS YBARRA** hereinafter referred to as Plaintiff, and files this his **MOTION TO REMAND** and would respectfully show the Court the following:

**I.**

Plaintiff **JUAN JESUS YBARRA** herewith file this his MOTION TO REMAND and hereby moves this court for an order remanding this action to the 107th Judicial District Court of Cameron County, Texas the court from which it was removed to this court, on the ground that at the time of filing of Defendants notice of removal of the action to this court there was not an issue in controversy as pled in excess of the jurisdictional limits of this court as demonstrated by the affidavit of the Plaintiff and the pleadings on file. **(Please refer to plaintiff's exhibit "A")** Furthermore the pleadings on the face do not allege the necessary jurisdictional diversity.

Plaintiff's Original Petition, **(attached herein as plaintiffs' exhibit "B")**, does not allege jurisdictional facts for the Federal Court as:

1. plaintiff's petition does not allege diversity of citizenship;
2. plaintiff's petition does not allege an amount in controversy over $75,000.00;

This court is therefore without the requisite original and removal jurisdiction over the above-entitled action.

Plaintiff further moves this court for an order directing the defendants to pay all of plaintiff's costs and disbursements incurred by reason of defendant's wrongful removal of the above-entitled action.

DATED: May 27, 2003

RESPECTFULLY SUBMITTED,

**R.W. ARMSTRONG & ASSOCIATES**
2600 Old Alice Road, Suite A
Brownsville, Texas 78520
Telephone:    (956) 546-5556
Telecopier:    (956) 546-0470

By: _____
R.W. Armstrong
TBA # 01323500

## CERTIFICATE OF SERVICE

I, R. W. Armstrong, hereby certify that a true and correct copy of the **Motion to Remand** was on this the ____ day of May, 2003 sent by U. S. Certified Mail, Return Receipt Requested, to Counsel for Defendant, to wit:

**DRABEK & ASSOCIATES**
Hon. Jaime Drabek
1720 E. Harrison, Suite B
Harlingen, Texas 78550
(956) 428-4544

_____
R. W. Armstrong

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN JESUS YBARRA | § § § § § | |
| VS. | § § | CIVIL ACTION No. **B-03-095** |
| WAL-MART STORES INC., | § § § § | |

## ORDER GRANTING MOTION TO REMAND

The motion of Plaintiff Juan Jesus Ybarra et al to remand the above-entitled action to the 107th Judicial District Court of Cameron County, Texas, from whence it came, having regularly come on to be heard by this Court on the _____ day of _____, 2003, and R.W. Armstrong appearing as counsel for Plaintiff, and Jaime Drabek appearing as counsel for Defendant, and this Court having considered such motion, the Affidavit of Juan Jesus Ybarra and all proceedings heretofore had herein, and having heard arguments of counsel, and it appearing to this Court that the above-entitled action was removed to this Court improvidently, this Court being without jurisdiction, since it is not a civil action founded on a claim or right arising under the Constitution and laws of the United States, and is, therefore an action over which this Court does not have original and hence removal jurisdiction, it is, therefore,

ORDERED that the above-entitled action be and it hereby is remanded to the 107th Judicial District Court of Cameron County, Texas.

FURTHER ORDERED that plaintiff be awarded costs herein in the amount of $_____.

THUS DONE AND SIGNED on this the _____ day of _____ 2003.

_____
PRESIDING JUDGE

STATE OF TEXAS          *                              AFFIDAVIT

COUNTY OF CAMERON   *

BEFORE ME personally appeared **Juan Jesus Ybarra** who by me being duly sworn on oath stated that he is over the age of 21 years and is competent to make the statements contained in this affidavit:

"My name is **Juan Jesus Ybarra** and I reside in Brownsville, Cameron County, Texas. On November 3, 2002 I went to Wal-Mart located at 2721 Boca Chica Boulevard in Brownsville, Texas to assist a friend to shop for several home items. One of the items was an entertainment center, which Wal-Mart employees used a floor dolly to transport the box to the cashier, and loaded the box unto a shopping cart. As I was walking towards the exit doors 2 Wal-Mart employees asked me for the purchase ticket and I proceeded outside. .As I was pushing the shopping cart the items fell from the cart, the car flipped over and hit my knees, I was struggling to catch the box but the box was very heavy and I was unable to keep the box from falling to the ground. I have personal knowledge of the facts contained herein and they are all true and correct."

**FURTHER AFFIANT SAYETH NAUGHT:**

Signed this 28th day of May, 2003.

_____
Juan Jesus Ybarra

SUBSCRIBED TO AND SWORN BEFORE ME, by the said Juan Jesus Ybarra, the undersigned authority, on this the 28TH day of May, 2003.

_____
Notary Public, State of Texas

March 16, 2006
My Commission Expires


ROSA E. ACOSTA
MY COMMISSION EXPIRES
March 16, 2006

---

PLAINTIFF'S EXHIBIT

CAUSE NO. **2003-04-2203-A**

| | | |
|---|---|---|
| JUAN JESUS YBARRA<br>*PLAINTIFF* | §<br>§<br>§ | IN THE DISTRICT COURT OF |
| VS. | §<br>§<br>§<br>§ | 107th JUDICIAL DISTRICT |
| WAL-MART STORES INC.<br>*DEFENDANT* | § | CAMERON COUNTY, TEXAS |

## PLAINTIFF'S AMENDED PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, **JUAN JESUS YBARRA**, complaining of Defendant, **WAL-MART**, and files this his **PLAINTIFF'S AMENDED PETITION**, alleging that discovery should be conducted under level 2, Rule 190.3 of the Texas Rules Of Civil Procedure, and for cause would show:

### I.
### PARTIES & VENUE

a.  Plaintiff **JUAN JESUS YBARRA** is a resident of Cameron County, Texas, and resides at 2124 Ringgold, Brownsville, Cameron County, Texas.

b.  **WAL-MART STORES INC.**, is a corporation with a commercial department store establishment located at 2721 Boca Chica Boulevard, Brownsville, Cameron County, Texas. Service has been perfected on this defendant.

c.  Venue is proper in Cameron County pursuant to TEX.CIV.PRAC.AND REM.CODE ANN. §15.001 (Vernon 1997) as the cause of action accrued in this county.



## II.
## NATURE OF THE CASE

On or about November 3, 2002, Plaintiff Juan Jesus Ybarra, was a business invitee at Defendant's store, "WAL-MART" located at 2721 Boca Chica Blvd., Brownsville, Texas. Plaintiff Juan Jesus Ybarra after his shopping inside "WAL-MART" was exiting the store, walking towards the parking lot pushing/balancing a new home entertainment center on a Wal-Mart shopping cart. Wal-Mart employees had retrieved a new-boxed entertainment center and loaded the box on the shopping cart (they had used a floor dolly to transport the box to the cashier). While leaving the front doors and within the safety walking area, the box fell from the cart, the car flipped over, leaving Mr. Ybarra to catch a tumbling 139 lb home shopping center box.

## FIRST CAUSE OF ACTION
## DEFENDANT'S NEGLIGENCE

On the occasion in question, Defendant **WAL-MART**, and its agents, servants, and employees, at the time and on the occasion in question, the Defendant and /or its employees created and engaged in certain negligently activity as Defendant **WAL-MART**, negligently or willfully loaded a shopping cart with merchandise that could not possibly balance or travel across the asphalt surfaces of Defendant's parking lot. In fact, Defendant's agents servants and employees knew or in the exercise of ordinary care, should have known of the existence of the condition and that there was a substantial likelihood of someone being injured, as happened to Plaintiff Juan Jesus Ybarra.

# V.
# DAMAGES

As a direct and proximate result of Defendant's negligence, Plaintiff has suffered serious and disabling and disfiguring injuries, including, pain to his neck and back. In addition, Plaintiff has suffered severe physical and mental pain, suffering, and anguish, and in all reasonable probability, Plaintiff will continue to suffer in this manner for a long time into the future, if not for the balance of his natural life. Plaintiff Juan Jesus Ybarra has been treated by an orthopedic surgeon who has recommended a lumbar laminectomy and fusion at the L4-L5, L5-S1 levels occur due to his injuries at a cost of $42,800.00. As a result of the injuries sustained, Plaintiff has incurred reasonable and customary doctor's and medical expenses to date and is still under treatment. Plaintiff will incur additional reasonable expenses for necessary medical care and attention in sums exceeding the minimal jurisdictional limits of this court.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff respectfully requests that Defendant be cited to appear and answer herein and that after final trial, Plaintiff have:

1. Judgment against Defendant for a sum in excess of the minimum jurisdictional limits of this court; and
3. Prejudgment and post judgment interest as provided by law;
4. All costs of suit; and
5. Such other and further relief, general and special, to which Plaintiff may show himself to be entitled to, both at law and in equity.

RESPECTFULLY SUBMITTED,

**R.W. ARMSTRONG, P.C.**
2600 Old Alice Road, Ste A
Brownsville, Texas 78521
Telephone:     (512) 546-5556
Telecopier:    (512) 546-0470
armstrong@ies.net

_____
R. W. Armstrong
T.B.A.#01323500
**ATTORNEY FOR PLAINTIFF**

page 3