IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 9 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN JESUS YBARRA | § § § § § | |
| VS. | § | CIVIL ACTION No. B-03-095 |
| WAL-MART STORES INC. | § § § § | |

## PLAINTIFFS' DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, **JUAN JESUS YBARRA** hereinafter referred to as Plaintiff, and pursuant to the Joint Discovery Case Management Plan under Rule 26(f) Federal Rules of Civil Procedure, would respectfully show the Court the following:

**I.**

Plaintiff **JUAN JESUS YBARRA** herewith submits that the following persons and/or entities are financially interested in the outcome of this litigation:

A. Juan Jesus Ybarra Jr.

B. Jesus G. Ybarra

C. Lidia S. Ybarra

D. Juan Quintero

E. Wenseslao, Wal-Mart Store Manager 2721 Boca Chica Boulevard Brownsville, Cameron County, Texas

F. Eddie, Wal-Mart Store Manager 2721 Boca Chica Boulevard Brownsville, Cameron County, Texas

G.  All Wal-Mart Store Associates on duty on the date of the incident 2721 Boca Chica Boulevard Brownsville, Cameron County, Texas.

H.  Roger Sams, Case Manager Claims Management, Inc. of Arkansas

I.  Wal-Mart Stores, Inc.

RESPECTFULLY SUBMITTED,

**R.W. ARMSTRONG & ASSOCIATES**
2600 Old Alice Road, Suite A
Brownsville, Texas 78520
Telephone:   (956) 546-5556
Telecopier:   (956) 546-0470

By: _____
R.W. Armstrong
TBA # 01323500

## CERTIFICATE OF SERVICE

I, R. W. Armstrong, hereby certify that a true and correct copy of the PLAINTIFF'S' DISCLOSURE OF INTERESTED PARTIES was on this the 19th day of June, 2003 sent by U. S. Certified Mail, Return Receipt Requested, to all Counsel for Defendants, to wit:

The Law Firm of Drabek & Associates
Hon. Jaime A. Drabek
1720 E. Harrison, Suite B
Harlingen, Texas 78550

_____
R. W. Armstrong