IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN JESUS YBARRA,<br>Plaintiff, | § § § § | |
| V. | § | CIVIL ACTION NO. B-03-095 |
| | § § § | |
| WAL-MART STORES, INC.,<br>Defendant. | § § | |

## ORDER

Pending is the Magistrate Judge's August 8, 2003 Report and Recommendation in the above-referenced cause of action. Docket No. 8. No objections have been lodged and the time for such has expired. Having reviewed the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation should be **ADOPTED**.

Therefore, it is **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** and that Plaintiff's Motion to Remand is **GRANTED**. Plaintiff's request for costs and fees is hereby **DENIED**.

Signed this the 2nd day of September, 2003.

_____
Andrew S. Hanen
United States District Judge