# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

### ORDER

United States District Court
Southern District of Texas
ENTERED

SEP 0 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN JESUS YBARRA | § § | |
| VS. | § | CIVIL ACTION NO. B-03-095 |
| WAL-MART STORES, INC. | § § § | |

TYPE OF CASE:   __X__ CIVIL              ____ CRIMINAL

**TAKE NOTICE** that the proceeding set below in this case has been **PASSED**.

TYPE OF PROCEEDING:

**INITIAL PRETRIAL CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**SEPTEMBER 3, 2003 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 3, 2003

TO:   MR. RONALD ARMSTRONG
      MR. JAIME DRABEK